IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLORIA FORD, on behalf of<br>KAISER-BERNARD FORD III, | §<br>§<br>§ | |
| Petitioner, | §<br>§ | Civil Action No. 3:05-CV-0723-D |
| VS. | §<br>§ | |
| JIM BOWLES, et al., | §<br>§ | |
| Respondents. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct and are therefore adopted. This action is dismissed without prejudice for lack of standing or, alternatively, under Fed. R. Civ. P. 41(b).

**SO ORDERED**.

June 21, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE